

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALEXANDRA CORSI
*Senior Counsel*
Phone: (212) 356-2340
Fax: (212) 356-3509
Email: acorsi@law.nyc.gov

October 31, 2016

BY ECF
Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Tilack Ramoodit, et al. v. City of New York, et al.,
15 CV 7006 (ARR) (PK)

Your Honor:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I am writing on behalf of the parties to inform the Court that the case has settled. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court as soon as it is fully executed. In view of the foregoing, it is respectfully requested that all remaining deadlines be adjourned without date as they are no longer necessary. Thank you for your consideration in this regard.

Respectfully submitted,

/s/

Alexandra Corsi
Senior Counsel

cc: Stephen Drummond, Esq. (by ECF)
Attorneys for Plaintiffs