FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 15 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

TILACK RAMOODIT, KAMLAWATI RAMOODIT, and
SAVITRIE BOODRAM,

                                        Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 7006 (ARR) (PK)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1.     The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
        November 3, 2016

DRUMMOND & SQUILLACE, PLLC
*Attorneys for Plaintiffs*
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
718-298-5050

By: _____
    Stephen L. Drummond
    *Attorney for Plaintiffs Tilack Ramoodit,*
    *Kamlawati Ramoodit & Savitrie Boodram*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Alexandra Corsi
    *Senior Counsel*

SO ORDERED:
  /S/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: 11/15, 2016